# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00296-CV

### In re John M. Sigman

### K. G., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

## FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY,
## NO. D-1-FM-14-002010, THE HONORABLE GISELA D. TRIANA, JUDGE PRESIDING

## O R D E R  T O  S H O W  C A U S E

**PER CURIAM**

This is a contempt proceeding ancillary to the appeal of K. G. The subject of this proceeding is John M. Sigman, appellant's attorney.

Appellant filed his notice of appeal on May 14, 2015, and his brief was due June 30, 2015. On July 2, 2015 we ordered counsel to file appellant's brief no later than July 20, 2015. To date, appellant's brief has not been filed.

Therefore, it is hereby ordered that John M. Sigman shall appear in person before this Court on Wednesday, August 12, 2015 at 11:00am, in the Third Court of Appeals courtroom, located on the first floor of the Price Daniel, Sr. Building, 209 West 14th Street, in Austin, Travis County, Texas, to show cause why he should not be held in contempt and have sanctions imposed for his failure to obey our July 2, 2015 order. This order to show cause will

be withdrawn and Sigman will be relieved of his obligation to appear before this Court as ordered above if the Clerk of this Court receives appellant's brief on or before Monday, August 10, 2015.

It is ordered on July 27, 2015

Before Justices Puryear, Goodwin, and Bourland